**Order entered June 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00601-CV**
**No. 05-19-00602-CV**
**No. 05-19-00603-CV**
**No. 05-19-00604-CV**
**No. 05-19-00605-CV**

**IN RE SAMUEL RAITHEL GROSS, Relator**

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. PR-70-02216, PR-70-02216-2-D, PR-08-2070-2,**
**PR-11-3340-2, and PR-12-4119-1**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    AMANDA L. REICHEK
        JUSTICE